# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-4462-AHM (MLG) | Date | May 27, 2008 |
| Title | Kennard Lee Davis v. A.J. Malfi | | |

Present: The Honorable  Marc L. Goldman, Magistrate Judge

| Terri Steele | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:**   In Chambers: Order to Show Cause Why Proceedings Should Not Be Stayed Pending Decision by the Court of Appeals in Case No. 07-55963

The Court is has been informed that the United States Court of Appeals for the Ninth Circuit has granted a certificate of appealability in the case of *Kennard Lee Davis v. A.J. Malfi*, Case No. CV 06-4744-AHM (MLG) (Court of Appeals No. 07-55963). The certificate of appealability was granted to address the question of whether the Court abused its discretion in denying Petitioner's request for appointment of counsel after he was involuntarily placed on medications.

In this case, the issue before the Court is whether Petitioner is entitled to equitable tolling based upon his involuntary placement on medication. Should relief be granted in the case pending on appeal, it could render the current case moot.

It is therefore ordered that both parties show cause on or before June 20, 2008, why this action should not be stayed pending the decision of the United States Court of Appeals for the Ninth Circuit in Case No. 07-55963.

Initials of Preparer